COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JENNIFER M. FRENCH (265422)
(jfrench@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121-1909
Telephone:  (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendant
HSUAN BIN CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>HSUAN BIN CHEN, et al.,<br><br>　　　　　　Defendant. | **Case No. CR-09-00110-SI**<br><br>**DEFENDANT HSUAN BIN CHEN'S <u>CORRECTED</u> UNOPPOSED APPLICATION AND [PROPOSED] ORDER FOR TEMPORARY DOMESTIC TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA** |

　　　　Defendant Hsuan Bin Chen hereby requests that this Court permit him to travel briefly within the United States and outside of the Northern District of California.  This request is based on the following:

　　　　**1.**　　Mr. Chen seeks to travel to Rochester, Minnesota to visit his daughter, Dr. Ju-Hsien "Jodi" Chen Nienaber, and her husband from February 11, 2011 to February 14, 2011.

　　　　**2.**　　Mr. Chen will travel by air to Minneapolis, Minnesota on Friday, February 11, 2011, and will return to San Francisco on Monday, February 14, 2011.  He will stay at the Nienaber home, located at 207 5th Avenue SW, Unit 208, Rochester, Minnesota 55902 and can be reached locally by telephone at (507) 269-8512.

1.　　　　　　　　　　　　　　CASE NO. CR-09-00110-SI

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANT HSUAN BIN CHEN'S UNOPPOSED APPLICATION AND [PROPOSED] ORDER FOR
TEMPORARY TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA

**3.** Through counsel, Mr. Chen will provide his detailed itinerary and the address and telephone number of his daughter's residence to his Pretrial Services Officer and the government. He will continue to observe all other terms of his release while traveling.

**4.** In order to facilitate his travel by air consistent with TSA regulations, Mr. Chen requests that this Court direct the Clerk of Court to temporarily return his Taiwanese passport so that he may use it to travel to Minnesota and to return to San Francisco only. Mr. Chen will return his passport to the custody of the Clerk immediately upon his return to San Francisco on February 14, 2011 (subject only to the Clerk's business hours).

**5.** The undersigned has communicated with Pretrial Services Officer Allen Lew by email concerning this request and Mr. Chen's itinerary. Mr. Lew informed the undersigned that Pretrial Services does not oppose this request.

**6.** The undersigned also communicated with Department of Justice attorney Heather Tewksbury by email concerning this request. Ms. Tewksbury stated that the government will defer to Pretrial Services concerning this specific request and will not oppose the request if Pretrial Services approves Mr. Chen's proposed domestic travel.

Accordingly, Mr. Chen respectfully requests that the terms of his bond pending trial be modified temporarily to permit the requested brief travel outlined above on the dates specified in this application.

Dated:   February 7, 2011                          COOLEY LLP


                                                   s/*Michael A. Attanasio*
                                                   MICHAEL A. ATTANASIO
                                                   Attorneys for Defendant HSUAN BIN CHEN

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.                                                 CASE NO. CR-09-00110-SI
DEFENDANT HSUAN BIN CHEN'S UNOPPOSED APPLICATION AND [PROPOSED] ORDER FOR
TEMPORARY TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA

# ORDER

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED:

1. Defendant Hsuan Bin Chen's conditions of release are hereby modified temporarily to permit him to travel outside of the Northern District of California consistent with the terms and conditions set forth above.

2. The Clerk of Court is directed to return Mr. Chen's passport to him temporarily to permit him to travel as set forth above in Mr. Chen's application. Mr. Chen shall immediately return his passport to the Clerk of Court when the subject trip is completed.

**IT IS SO ORDERED:**

Dated: 2/7/11

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

3.   CASE NO. CR-09-00110-SI

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

DEFENDANT HSUAN BIN CHEN'S UNOPPOSED APPLICATION AND [PROPOSED] ORDER FOR TEMPORARY TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA