1  COOLEY LLP
   MICHAEL A. ATTANASIO (151529)
2  (mattanasio@cooley.com)
   JON F. CIESLAK (268951)
3  (jcieslak@cooley.com)
   4401 Eastgate Mall
4  San Diego, CA  92121-1909
   Telephone:  (858) 550-6000
5  Facsimile:   (858) 550-6420

6  Attorneys for Defendant
   HSUAN BIN CHEN
7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                      SAN FRANCISCO DIVISION

11

12  UNITED STATES OF AMERICA,              Case No. CR-09-00110-SI (MJ)

13            Plaintiff,                   **DEFENDANT HSUAN BIN CHEN'S
                                           UNOPPOSED APPLICATION AND
14       v.                                [PROPOSED] ORDER FOR TEMPORARY
                                           INTERNATIONAL TRAVEL OUTSIDE THE
15  HSUAN BIN CHEN, et al.,                NORTHERN DISTRICT OF CALIFORNIA**

16            Defendant.

17

18

19       Defendant Hsuan Bin Chen hereby requests that this Court permit him to travel outside

20  the Northern District of California, to Hsinchu County, Taiwan, to mourn his mother according to

21  traditional Taiwanese custom.  This request is based on the following:

22       1.      On June 13, 2012, Mr. Chen's mother, Mrs. Hsui Mei Chen Yo, who suffered

23  from Stage 3 cancer and other ailments, passed away.  Mr. Chen's counsel has provided

24  government counsel and his Pretrial Services Officer (Gelareh Farahmand) with a medical report

25  from Dr. Tse-Ming Kuo at the Koo Foundation Sun Yat-Sen Cancer Center documenting her

26  passing.

27       2.      Mr. Chen's brother has scheduled the funeral for June 15, 2012.  Traditional

28  Taiwanese custom includes the performance of ritual chanting for one or two hours, once a week,

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1.

**DEFENDANT HB CHEN'S UNOPPOSED
APPLICATION FOR TEMPORARY TRAVEL
CASE NO. CR-09-00110-SI (MJ)**

1  for seven weeks following the funeral.  The funeral arrangements dictate that the last day of this

2  ritual will be August 3, 2012.

3        3.     Mr. Chen will initially travel from Rochester, Minnesota—where he is staying

4  with family—to San Jose, California.  (*See* Dkt. 922).  Mr. Chen will then travel by air to Taipei,

5  Taiwan on June 14, 2012, and will return to the Northern District of California no later than

6  August 5, 2012.  While in Taiwan, he will stay with his wife in the family home, located at 38-1,

7  4th Lin, Nanpu Tsuen, Beipu Hsian, Hsinchu County, Taiwan.

8        4.     Mr. Chen will continue to observe all other terms of his release while in Taiwan.

9  Through counsel, he will provide the government and his Pretrial Services Officer with his

10  detailed itinerary.

11        5.     In order to facilitate his travel by air consistent with TSA regulations, Mr. Chen

12  requests that this Court direct Pretrial Services to temporarily return his Taiwanese passport.  He

13  will use the passport to travel to Taiwan and return to the Northern District of California only.

14  Mr. Chen will return his passport to the custody of Pretrial Services immediately upon his return,

15  no later than August 5, 2012 (subject only to Pretrial Services' business hours).

16        6.     Counsel for Mr. Chen has communicated with Pretrial Services Officer Gelareh

17  Farahmand by telephone and email concerning this request and Mr. Chen's itinerary.

18  Ms. Farahmand stated that Pretrial Services does not oppose this request.

19        7.     Counsel for Mr. Chen also communicated with Department of Justice attorney

20  Heather Tewksbury by telephone and email concerning this request.  Ms. Tewksbury stated that,

21  because of the extraordinary circumstances of a parent's death, the government does not oppose

22  this request.

23        Accordingly, Mr. Chen respectfully requests that the terms of his release bond be

24  modified temporarily to permit the requested travel.

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DEFENDANT HB CHEN'S UNOPPOSED
APPLICATION FOR TEMPORARY TRAVEL
CASE NO. CR-09-00110-SI (MJ)

1    Dated:      June 13, 2012                          COOLEY LLP
                                                        MICHAEL A. ATTANASIO
2                                                       JON F. CIESLAK

3

4
                                                        s/ Jon F. Cieslak
5                                                       JON F. CIESLAK
                                                        Attorneys for Defendant HSUAN BIN CHEN
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

3.

DEFENDANT HB CHEN'S UNOPPOSED
APPLICATION FOR TEMPORARY TRAVEL
CASE NO. CR-09-00110-SI (MJ)

**ORDER**

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that Defendant Hsuan Bin Chen's conditions of release are hereby modified temporarily to permit him to travel outside of the Northern District of California consistent with the terms and conditions set forth above. Pretrial Services is directed to return Mr. Chen's passport to him or his counsel to permit Mr. Chen to travel as set forth above. Mr. Chen shall immediately return his passport to Pretrial Services when the above-described travel is complete (subject only to Pretrial Services' business hours).

IT IS SO ORDERED.

Dated:    June 13, 2012

_____
THE HONORABLE SUSAN ILLSTON
United States District Judge

754471 /SD

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

4.

**DEFENDANT HB CHEN'S UNOPPOSED APPLICATION FOR TEMPORARY TRAVEL CASE NO. CR-09-00110-SI (MJ)**