COOLEY LLP
MICHAEL A. ATTANASIO (151529)
(mattanasio@cooley.com)
JON F. CIESLAK (268951)
(jcieslak@cooley.com)
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Facsimile: (858) 550-6420

Attorneys for Defendant
HSUAN BIN CHEN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> HSUAN BIN CHEN, et al., <br><br> Defendant. | Case No. CR-09-00110-SI (MJ) <br><br> **DEFENDANT HSUAN BIN CHEN'S UNOPPOSED APPLICATION AND [PROPOSED] ORDER FOR TEMPORARY INTERNATIONAL TRAVEL OUTSIDE THE NORTHERN DISTRICT OF CALIFORNIA** |

Defendant Hsuan Bin Chen hereby requests that this Court permit him to travel outside the Northern District of California, to Hsinchu County, Taiwan. This request is based on the following:

1. On December 20, 2013, Mr. Chen will file with the Court a $1,000,000 letter of credit to secure his release bond.

2. Mr. Chen wishes to visit family in Taiwan, including his gravely ill father, during the upcoming holidays, including the Chinese New Year.

3. Mr. Chen will travel by air to Taipei, Taiwan on December 23, 2013, and will return to the Northern District of California no later than February 19, 2014. If directed by the Court or otherwise required by case developments before February 19, 2014, Mr. Chen will

return immediately.  While in Taiwan, he will stay with his wife in the family home, located at 38-1, 4th Lin, Nanpu Tsuen, Beipu Hsian, Hsinchu County, Taiwan.

4. Mr. Chen will continue to observe all other terms of his release while in Taiwan. Through counsel, he will provide the government and his Pretrial Services Officer with his detailed itinerary.

5. In order to facilitate his travel by air consistent with TSA regulations, Mr. Chen requests that this Court allow him to temporarily have possession of his passport. He will use the passport to travel to Taiwan and return to the Northern District of California only. Mr. Chen will return his passport to the custody of Pretrial Services immediately upon his return, no later than February 19, 2013 (subject only to Pretrial Services' business hours).

6. Counsel for Mr. Chen has communicated with Pretrial Services Officer Allen Lew concerning this request and Mr. Chen's itinerary. Mr. Lew stated that Pretrial Services does not oppose this request.

7. Counsel for Mr. Chen also communicated with Department of Justice attorney Peter Huston by telephone and email concerning this request. Mr. Huston stated that the government will not oppose this request.

Accordingly, Mr. Chen respectfully requests that the terms of his release bond be modified temporarily to permit the requested travel.

Dated:   December 20, 2013          COOLEY LLP
                                    MICHAEL A. ATTANASIO
                                    JON F. CIESLAK


                                    *s/ Jon F. Cieslak*
                                    JON F. CIESLAK
                                    Attorneys for Defendant HSUAN BIN CHEN

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

2.

DEFENDANT HB CHEN'S UNOPPOSED
APPLICATION FOR TEMPORARY TRAVEL
CASE NO. CR-09-00110-SI (MJ)

**ORDER**

Based on the foregoing, and good cause appearing, IT IS HEREBY ORDERED that Defendant Hsuan Bin Chen's conditions of release are hereby modified temporarily to permit him to travel outside of the Northern District of California consistent with the terms and conditions set forth above, including the posting of a $1,000,000 letter of credit to secure his release bond. Mr. Chen may take possession of his passport to permit him to travel as set forth above. Mr. Chen shall immediately return his passport to Pretrial Services when the above-described travel is complete (subject only to Pretrial Services' business hours).

IT IS SO ORDERED.

Dated: December 20, 2013

*Susan Illston*

THE HONORABLE SUSAN ILLSTON
United States District Judge